MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
SHAWN L. WALKENSHAW, ESQ.
Nevada Bar No. 13274
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 862-8200
Facsimile: (702) 862-8204
shawnw@hennessandhaight.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCY T. GESUNDHEIT,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.: 2:18-cv-00861-RFB-GWF |

**STIPULATION AND ORDER TO EXTEND DISOVERY DEADLINES**
**(First Request)**

COMES NOW, Plaintiff, LUCY T. GESUNDHEIT, by and through her counsel of record, MICHAEL D. HAIGHT, ESQ. and SHAWN L. WALKENSHAW, ESQ. of the law firm of HENNESS & HAIGHT and Defendant, SMITH'S FOOD AND DRUG CENTERS, INC., by and through its counsel of record, JERRY S. BUSBY, ESQ. and GREGORY A. KRAEMER, ESQ., of the law firm of COOPER LEVENSON, PA, and submit the following stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

///

1. **Summary of Discovery Completed**

    1. The parties have provided initial witness lists and documents pursuant to FRCP 26 and supplements thereto.

    2. Plaintiff has served written discovery in the form of Interrogatories and Requests for Production of Documents upon Defendant.

    3. Defendant has served Interrogatories, Requests for Production of Documents and Requests for Admissions upon Plaintiff.

2. **Discovery Remaining**

    1. Expert and Rebuttal Expert disclosures;
    2. Deposition of Plaintiff;
    3. Deposition of FRCP 30(b)(6) witnesses;
    4. Deposition of expert witnesses and treating physicians;
    5. Deposition of fact witnesses

3. **Reason Why Discovery Was Not Completed**

    Discovery in this matter is currently scheduled to close on November 12, 2018. Additional time is needed to allow for further analysis of the digital evidence in this matter. As reflected in previously filed briefing in this matter, the parties disagree as to what the video evidence of the subject incident reflects. Plaintiff has been diligently working to identify a third party who has the ability to analyze such evidence and provide clarification and believes she has now located such a third party. Once this discovery is completed, the parties will need additional time to determine whether it is necessary to retain expert witnesses and for what purposes. The parties will then need time to allow these experts to prepare and disclose a report. Based on the foregoing, the parties believe there is good cause to extend discovery and request that the discovery deadlines be changed as proposed below.

///

///

**4. Proposed Schedule for Completing Discovery**

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Discovery Deadline | 11/12/18 | 1/11/19 |
| Motions to Amend Pleadings and Add Parties | 8/14/18 | 10/15/18 |
| Initial Expert Designations | 9/13/18 | 11/12/18 |
| Rebuttal Expert Designations | 10/15/18 | 12/12/18 |
| Interim Status Report | 9/13/18 | 11/12/18 |
| Dispositive Motions | 12/12/18 | 2/11/19 |
| Joint Pre-Trial Order | 1/11/19 | 3/13/19 |

Counsel further states that the requested extension of the discovery deadline is not intended for purposes of delay, but rather for the purposes set forth hereinabove.

Dated this 21st day of August, 2018.            Dated this 21st day of August, 2018.

HENNESS & HAIGHT                                    COOPER LEVINSON, PA


  *Shawn L. Walkenshaw*                               *Jerry S. Busby*
MICHAEL D. HAIGHT, ESQ.                             JERRY S. BUSBY, ESQ.
Nevada Bar No. 5654                                  Nevada Bar No. 1107
SHAWN L. WALKENSHAW, ESQ.                           GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 13274                                 Nevada Bar No. 10911
8972 Spanish Ridge Avenue                            1835 Village Center Circle
Las Vegas, Nevada 89148                              Las Vegas, Nevada 89134
*Attorney for Plaintiff*                             *Attorneys for Defendant*


**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**


**DATED:** 8-22-2018