JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCY T. GESUNDHEIT,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00861-RFB-GWF<br><br>**STIPULATION FOR DISMISSAL <u>WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and SHAWN L. WALKENSHAW, ESQ. of the law firm HENNESS & HAIGHT, counsel for Plaintiff LUCY T. GESUNDHEIT as follows:

1.  Plaintiff LUCY T. GESUNDHEIT'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

///

///

///

///

///

CLAC 4754906.1

2. That any and all deadlines or scheduled matters pending before this Court be vacated.

Respectfully submitted this 25th day of January, 2019.

| HENNESS & HAIGHT | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Shawn L. Walkenshaw | /s/ Jerry S. Busby |
| SHAWN L. WALKENSHAW, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 13274 | Nevada Bar No. 001107 |
| 8972 Spanish Ridge Avenue | 1835 Village Center Circle |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89134 |
| (702) 862-8200 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| LUCY T. GESUNDHEIT | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED: _____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th of January, 2019.

CLAC 4754906.1